UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE LOU ROGERS, ) | Case No.: 1:12-cv-00209 - JLT |
| ) | |
| Plaintiff, ) | ORDER REMANDING THE ACTION PURSUANT |
| ) | TO SENTENCE SIX OF 42 U.S.C. § 405(g) |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On June 18, 2012, the parties filed a stipulation that this matter be remanded pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. 12). In relevant part, 42 U.S.C. § 405(g) provides:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security, and it may at any time order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding . . .

*Id.* In this case, the parties report the administrative law judge "used information that pertains to another claimant in his decision." (Doc. 12 at 2). Therefore, the parties seek remand for an administrative law judge to complete "a de novo hearing, any action necessary to correct and complete the administrative record, and [issue] a new decision." *Id.*

///

1

Good cause appearing, **IT IS HEREBY ORDERED**:

1. The matter is remanded pursuant to the sixth sentence of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g)
2. The parties are **ORDERED to file a joint status report every 60 days** after the date of this order updating the Court of the activities below; and
3. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. The Court will direct the Clerk of the Court to re-open the case if or when the matter is concluded below.

IT IS SO ORDERED.

Dated:   **June 18, 2012**               **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE