UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE LOU ROGERS,<br><br>             Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:12-cv-00209 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 21) |

On June 21, 2013, Plaintiff Katherine Lou Rogers and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920.  (Doc. 21).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $1,507.00 is **AWARDED** to Plaintiff, Katherine Rogers.

IT IS SO ORDERED.

Dated:   **June 25, 2013**                            /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1